UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

98-30374
Summary Calendar
_____


JOSEPH WINDED PRICE, through provisional
curatrix M.M. Veronica Price,

                                        Plaintiff-Appellant,

                        versus

RYDER SYSTEM INC; RYDER TRUCK RENTAL INC;
PRUDENTIAL SERVICE BUREAU INC.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-2230)// 
_____

March 22, 1999

Before EMILIO M. GARZA, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Appellant appeals from the denial of a request for court
provided or appointed counsel to prosecute civil claims in the
district court.  The magistrate judge properly considered the
factors for appointment of counsel and carefully articulated its
basis for recommending the denial of appointed counsel based on the
standards applicable in both Title VII and non-Title VII claims.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court independently reviewed the record and determined that the magistrate had correctly determined the issues under the proper standards and denied appointed counsel.  After a careful review of the record, we find that the district court did not abuse its discretion in denying the request for appointed counsel to prosecute the claims of plaintiff.

AFFIRMED